IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| ADAM A. LONIE | ) Case No. 11 B 39144 |
| | ) Hon. A. BENJAMIN GOLDGAR |
| | ) Chapter 7 |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on July 24, 2018 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Nathan C. Volheim, attorney for debtor
nvolheim@sulaimanlaw.com


Adam A. Lonie
22572 Crescent Way
Richton Park, IL 60471

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Capital One Bank (USA) by
American InfoSource LP
PO Box 71083
Charlotte, NC 28272-1083

Automotive Finance Corporation
13085 Hamilton Crossing Blvd
Suite 300
Carmel, IN 46032

                                                /s/ Allan J. DeMars
                                                Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603