## UNITED STATES BANKRUPTCY COURT
NORTHERN     **DISTRICT OF** ILLINOIS

EASTERN DIVISION

In re:   ADAM A. LONIE

§
§
§
§

Case No.   11-39144
Hon. A. BENJAMIN GOLDGAR
Chapter 7

Debtor(s)

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND
### APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $2,585.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $54,445.56 | Claims Discharged Without Payment: | $4,219.00 |
| Total Expenses of Administration: | $536,969.05 | | |

3) Total gross receipts of $1,500,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $908,585.39 (see **Exhibit 2** ), yielded net receipts of $591,414.61 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $536,969.05 | $536,969.05 | $535,969.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $57,561.24 | $54,070.33 | $54,070.33 | $54,445.56 |
| **TOTAL DISBURSEMENTS** | $57,561.24 | $591,039.38 | $591,039.38 | $590,414.61 |

4) This case was originally filed under chapter  7  on 09/27/2011 .

The case was pending for    11  months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2018                          By: /s/ ALLAN J. DeMARS
                                                              Trustee

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| from Archdiocese of Chicago; p.i. settlement | 1242-000 | $1,500,000.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $1,500,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ADAM A. LONIE | surplus funds | 8200-002 | $908,585.39 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $908,585.39 |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-----|------|------|------|------|
| Associated Bank | 2600-000 | N/A | $111.81 | $111.81 | $111.81 |
| Marc J. Pearlman and Jeffrey R. Anderson | 3701-000 | N/A | $500,000.00 | $500,000.00 | $500,000.00 |
| Allan J. DeMars | 2100-000 | N/A | $32,737.19 | $32,737.19 | $32,737.19 |
| Allan J. DeMars | 2200-000 | N/A | $20.05 | $20.05 | $20.05 |
| Allan J. DeMars | 3110-000 | N/A | $4,100.00 | $4,100.00 | $4,100.00 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $536,969.05 | $536,969.05 | $536,969.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-----|------|------|------|------|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|-----|------|-----|------|------|------|------|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|-----|------|-----|------|------|------|------|
| 1 | Capital One Bank USA | 7100-900 | $831.00 | $863.80 | $863.80 | $869.79 |
| 2 | Automotive Finance Corp | 7100-000 | $52,511.24 | $53,206.53 | $53,206.53 | $53,575.77 |
| | 6 scheduled unsecured claims with no claim filed | | $4,219.00 | $0.00 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $57,561.24 | $54,070.33 | $54,070.33 | $54,445.56 |

EXHIBIT "B" FORM 3

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No. __11-39144__

Case Name: __ADAM A. LONIE__

For Period Ending: __3/31/18__

Trustee Name: __Allan J. DeMars__

Date Filed (f) or Converted (c): __9/27/11 (F)__
CASE REOPENED 11/16/17
§341(a) Meeting Date: __10/19/11__

Claims Bar Date: __2/21/18__

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | checking acct B of A | 10.00 | 0.00 | | | FA |
| 2 | used household goods | 800.00 | 0.00 | | | FA |
| 3 | books, tapes CDs | 50.00 | 0.00 | | | FA |
| 4 | used clothing | 300.00 | 0.00 | | | FA |
| 5 | misc costume jewelry | 300.00 | 0.00 | | | FA |
| 6 | 1991 Chevrolet Caprice | 1,325.00 | 0.00 | | | FA |
| 7 | claim against Archdiocese of Chicago(u) | 1,500,000.00 | 1,500,000.00 | | 1,500,000.00 | FA |

TOTALS (Excluding unknown values)          1,500,000.00          1,500,000.00

(Total Dollar Amount in Column 6)

Major activities: settlement of personal injury claim vs. Archdiocese of Chicago which was paid in two installments

Initial Projected Date of Final Report (TFR): __August, 2018__          Current Projected Date of Final Report (TFR): __June 29, 2018__

EXHIBIT 9   FORM 2

# CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.: __11-39144__                                    Trustee's Name: __Allan J. DeMars__
Case Name: __ADAM A. LONIE__                             Bank Name: __Associated Bank__
Taxpayer ID#: __xx-xxx8663__                             Initial CD #: __CDI__
For Period Ending: __3/31/18__                           Blanket bond (per case limit): __5,000,000__
                                                         Separate bond (if applicable): _____
                                                         Checking acct#: __xxxx xxx 118__

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 2/13/18 | Ref 6 | Archdiocese of Chicago | installment re settlement | 1242-000 | 750,000.00 | | 750,000.00 |
| 2/21/18 | Check 1001 | Marc J. Pearlman and Jeffrey R. Anderson | attorneys' fees see docket 28 and 29 | 3701-000 | | 250,000.00 | 500,000.00 |
| 2/21/18 | Check 1002 | Adam A. Lonie | surplus to debtor see docket 28 and 29 | 8200-002 | | 400,000.00 | 100,000.00 |
| 2/16/18 | | Associated Bank | service fee/check printing charge | 2600-000 | | 51.81 | 99,948.19 |
| 3/14/18 | | Associated Bank | service fee | 2600-000 | | 15.00 | 99,933.19 |
| 4/13/18 | | Associated Bank | service fee | 2600-000 | | 15.00 | 99,918.19 |
| 5/14/18 | | Associated Bank | service fee | 2600-000 | | 15.00 | 99,903.19 |
| 6/14/18 | | Associated Bank | service fee | 2600-000 | | 15.00 | 99,888.19 |
| 6/22/18 | Ref 6 | Archdiocese of Chicago | installment re settlement | 1242-000 | 750,000.00 | | 849,888.19 |
| 6/25/18 | Check 1003 | Marc J. Pearlman and Jeffrey R. Anderson | attorneys' fees see docket 28 and 29 | 3701-000 | | 250,000.00 | 599,888.19 |
| 6/25/18 | Check 1004 | Adam A. Lonie | surplus to debtor see docket 28 and 29 | 8200-002 | | 475,000.00 | 124,888.19 |
| 7/16/18 | | Associated Bank | service fee | 2600-000 | | 15.00 | 124,873.19 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 7/24/18 | | Associated Bank | service fee reversal | 2600-000 | | (15.00 ) | 124,888.19 |
| 8/20/18 | Check 1005 | Allan J. DeMars | trustee' fees | 2100-000 | | 32,737.19 | 92,151.00 |
| 8/20/18 | Check 1006 | Allan J. DeMars | expenses | 2200-000 | | 20.05 | 92,130.95 |
| 8/20/18 | Check 1007 | Allan J. DeMars | attorney's fees | 3110-000 | | 4,100.00 | 88,030.95 |
| 8/20/18 | Check 1008 | Capital One Bank USA, NA | 100% dividend on claim ($863.80) plus interest ($5.99) | 7100-900 7990-000 | | 869.79 | 87,161.16 |
| 8/20/18 | Check 1009 | Automotive Finance Corp. | 100% dividend on claim ($53,206.53) plus interest ($369.24) | 7100-900 7990-000 | | 53,575.77 | 33,585.39 |
| 8/20/18 | Check 1010 | Adam A. Lonie | surplus to debtor | 8200-002 | | 33,585.39 | 0.00 |

COLUMN TOTALS 1,500,000.00    1,500,000.00    0.00

Less: Bank transfers/CD
Subtotal
Less: Payments to debtor(s)    908,585.39   908,585.39
Net    591,414.61    591,414.61    0.00

|  |  | NET |  |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCES |
| Checking# xxxx xxx 118 | 591,414.61 | 591,414.61 | 0.00 |
| Money Market # | | | |
| Savings # | | | |
| CD #CDI | | | |
| Net | 591,414.61 | 591,414.61 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |